United States District Court
Southern District of Texas
**ENTERED**
February 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| RONALD SATISH EMRIT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:23-CV-00044 |
| | § | |
| THE GRAMMYS AWARDS ON CBS, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Mitchel Neurock's Memorandum and Recommendation ("M&R"). (D.E. 10). The M&R recommends that the Court dismiss Plaintiff's case, as it is "malicious and abuses the judicial process." *Id.* at 12. The M&R further recommends that Plaintiff be barred from filing additional suits in the Southern District of Texas without first obtaining permission from the Court to file. *Id.* at 13. In sum, the M&R recommends that Plaintiff's case be dismissed with prejudice and that Plaintiff be barred from filing more lawsuits without preapproval. *Id.* at 15.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Badaiki v. Schlumberger Holdings Corp.*, 512 F. Supp. 3d 741, 743–44 (S.D. Tex. 2021) (Eskridge, J.).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 10). Accordingly, the Court

**DISMISSES with prejudice** Plaintiff's case pursuant to Federal Rule of Civil Procedure 41(b). All claims in this action are **DISMISSED with prejudice**. Further, pursuant to Federal Rule of Civil Procedure 11, Plaintiff is **BARRED** from filing any more civil lawsuits in the Southern District of Texas without first obtaining specific authorization from the Chief United States District Judge. A final judgment will be entered separately.

    SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
    February 28th, 2024